

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 13 2012

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DEREK LIND                                                              **PLAINTIFF**

v.                              CASE NO. 4:12-CV-588 KGB

ALLEN & WITHROW, Attorneys
At Law; TLO, LLC                                                    **DEFENDANTS**

This case assigned to District Judge _Baker_
_____ Magistrate Judge _Volpe_

**COMPLAINT FOR DAMAGES**

Comes now Plaintiff, Derek Lind, by and through his attorney, Lorraine Hatcher,

and for his Complaint For Damages states and alleges the following:

### Jurisdiction and Venue

1.      This action is brought pursuant to the Fair Credit Reporting Act,

(hereinafter, "FCRA"), codified as 15 U.S.C.§§1681, *et. seq.*

2.      Plaintiff is an adult resident of Saline County, Arkansas.

3.      Defendant Allen & Withrow, (hereinafter, "A&W"), is a law firm engaged

principally in debt collection within the meaning and terms of the Fair Debt

Collection Practices Act, and an employer.   At all relevant times herein,

Defendant A&W's relationship with Plaintiff was that of an employer.

engaged in collection activities within the State of Arkansas.   It's place of

business is 12410 Cantrell, Suite 100, Little Rock, AR 72223, and, upon information and belief, their agent for service of process is Lori E. Withrow at the same address.

4.      Defendant TLO, LLC, is a foreign corporation, having as its principal place of business offices at 4530 Conference Way South, Boca Raton, Florida 33431. Their agent for service of process is Derek A. Dubner, Esq. at 4530 Conference Way South, Boca Raton, FL 33431.

5.      Jurisdiction and venue are proper in this Court.

### Facts

6.      On or about February 1, 2012, Plaintiff responded to an advertisement for employment with A&W. *See* Exhibit 1 attached hereto and incorporated by reference as though fully set forth herein.

7.      In response to the advertisement referenced in the preceding paragraph, A&W's agent, B.A. Smith, called Mr. Lind and invited him to interview.

8.      The scheduled interview occurred on February 9, 2012 in the offices of W&A in West Little Rock.  Mr. Lind interviewed with B.A. Smith, and Teaven J. Stamatis, Attorney at Law.

9.      During the interview, A&W's agents outlined the job requirements, Mr. Lind's qualifications and ability to begin work around February 20, 2012, and benefits, including fully paid healthcare, 401(k), and vacation).  See Exhibit 2 attached hereto.

10.     On or about February 10, 2012, A&W's B.A. Smith contacted Mr. Lind and
        scheduled a second interview for February 13, 2012 at the same location.

11.     On or about February 13, 2012, Mr. Lind met with B.A. Smith, and the
        outgoing employee, Jason [last name unknown].   Mr. Lind met first with
        Jason for an orientation on the technical aspects of the job, and subsequently
        with B.A. Smith.

12.     In the subsequent meeting with B.A. Smith, she offered Mr. Lind the
        position at the rate of $14 per hour, and benefits as previously discussed and
        outlined in paragraph 9 above.   Mr. Lind accepted the job offer, and they
        agreed upon a starting date of February 20, 2012.

13.     B.A. Smith asked Mr. Lind to sign an authorization for a background check,
        and gave him instructions pertaining to a drug test.   See Exhibit 3 attached
        hereto.

14.     Smith did not condition the job offer referenced in paragraph 12 above,
        upon either the background check or drug test.

15.     Before Mr. Lind left A&W offices on February 13, 2012, Smith took Mr. Lind
        on a tour of the offices, including the workstation to which he would be
        assigned.  Jason further familiarized Mr. Lind with adjacent equipment and
        how it related to the duties Mr. Lind would assume on February 20, 2012.

16.     As Mr. Lind was leaving the offices of A&W, Smith confirmed Mr. Lind's
        acceptance of the employment offer and starting date of February 20, 2012.

17.     Mr. Lind immediately notified his current employer that he was resigning from his job due to having accepted another employment opportunity. His last day of employment was February 17, 2012.

18.     Mr. Lind successfully completed the drug screening test on February 14, 2012.

19.     On February 15, 2012, Smith left a voice message on Mr. Lind's telephone at 2:49 p.m. stating succinctly, "We have to decline the offer."

20.     Mr. Lind contacted Smith soon thereafter by telephone to find out why A&W had breached their contract of employment.

21.     Smith informed Mr. Lind that A&W had obtained credit information pursuant to the background check that disqualified him from employment. Mr. Lind requested a copy of the information.

22.     On the afternoon of February 15, 2012, Smith sent the related documents to Mr. Lind by electronic mail. See Exhibit 4, attached hereto and incorporated by reference as though fully set forth herein.

### Causes of Action

23.     Plaintiff reasserts and realleges paragraphs 1-22 as though fully set forth here.

24.     Plaintiff states that Defendant A&W violated provisions of the FCRA, including, but not limited to 15 U.S.C. 1681§§604, 605, 607, 615, 616, and 617, in that they:

(a) Did obtain Mr. Lind's consent to obtain a comprehensive consumer report containing the extent and scope of information they received from Defendant TLO, LLC;

(b) Obtained information from Defendant TLO, LLC under false or misleading pretenses in their capacity as a debt collector seeking to conduct "skip-tracing" or other debt collection activities, rather than as an employer considering qualifications for employment;

(c) Did not provide Mr. Lind with written information concerning their adverse decision and the basis upon which it was made, nor prior to having made the decision;

(d) Disclosed private personal information pertaining to more than 100 other consumers whose information was contained within the documents sent by electronic mail to Mr. Lind on or about February 15, 2012.

(e) Acted negligently and willfully in committing the violations enumerated herein.

25.    Plaintiff states that Defendant TLO, LLC violated provisions of the FCRA, including, but not limited to 15 U.S.C. 1681§§604, 605, 607, 616, and 617, in that they:

(a) Did not ascertain whether A&W had obtained Mr. Lind's consent to obtain a comprehensive consumer report containing the extent and scope of information provided by Defendant TLO, LLC;

(b) Failed to determine whether A&W had a permissible purpose for requesting the information they provided to them;

(c) Did not provide Mr. Lind with written information concerning their having provided adverse information to A&W;

(d) Failed to maintain strict procedures to ensure that the information provided was complete and up-to-date;

(e) Disclosed private personal information pertaining to more than 100 other consumers whose information was contained within the documents A&W sent by facsimile to Mr. Lind on or about February 15, 2012.

(f) Acted negligently and willfully in committing the violations enumerated herein.

26.   Plaintiff was harmed by the violations of the FCRA as enumerated herein in that he was terminated from the new position he had accepted with A&W; forfeited his previous employment upon his acceptance of the position with A&W; suffered embarrassment, anguish and stress as a result of the disclosures and being suddenly unemployed.

## Claims for Relief

27.   Plaintiff seeks:

(a) actual damages pursuant to 15 U.S.C. 1681 §§616, 617;

(b) costs, fees, and expenses associated with bringing this cause of action, pursuant to 15 U.S.C. 1681;

(c) damages resultant from emotional distress; intentional and negligent invasions of privacy; defamation by publication;

(d) punitive damages; and,

(e) all such further relief as he may show himself entitled.

Plaintiff hereby makes a demand for a jury trial.

Respectfully submitted,
Derek Lind, Plaintiff


BY:_____
Lorraine Hatcher, AR Sup Ct. # 2003009
**Attorney at Law**
P.O. Box 21294
Little Rock, AR 72221
Phone: (501) 376-1414
Facsimile: (501) 448-2114
E-mail: lorrainehatcher@yahoo.com

# Job Details

**OPERATIONS CLERK**
Growing Little Rock law firm seeks detail-oriented individual with strong computer skills and knowledge of advanced word processor features to join operations team. Team handles all of firm's document preparation, database maintenance and file imports/exports in accordance to strict client-driven timelines.
Other duties may include working with IT to ensure all hardware/software systems are functioning properly, system backups and communicating with clients on file maintenance issues.
Ideal candidate can complete tasks with great precision and organization. Must be able to demonstrate software expertise. Position requires quick learner and team player. Candidates must agree to criminal background check and pre-employment drug screening.
Salary will range from $10.50-$14.00 an hour depending on experience. Health insurance, retirement and other benefits available. Send resume with cover letter to: arlawjobs@gmail.com.

EXHIBIT 1

*left message*
*4:15 today*

*( Augumented 20th)*
*Yes*

Derek E. Lind
POB 251188
Little Rock, AR 72225
(501) 908-1052
delind@ualr.edu

**EDUCATION:**    University of Arkansas at Little Rock

Graduate 2010 – Bachelor of Arts
Major: History
Minor: Criminal Justice

Arkansas Tech University
Master of Science- Emergency Management/Homeland Security
Currently Enrolled – Web-based

**PROFESSIONAL EXPERIENCE:**

11/11-present    Arkansas Dept of Health
                 Surveillance & Statistics HIV/AIDS/STD

                 *Write SAS programs for statistical support
                 *Process lab information
                 *Compliance with CDC requirements
                 °Grant Management/Writing

08/10 – 8/11     Graduate Assistant – Academy for Teaching and Learning Excellence (ATLE)
                 Tutor
                 Language and Geology Lab Assistant
                 UALR

06/07– Present   Medical Billing Services
                 Little Rock, AR *Contract Biller*
                 Physician Clinics and Ambulatory Surgery

                 °Medical Office Management
                 *Coding & Billing Services,, secondary claims, appeals
                 *Collections & EOB; numerous insurances, AHIN
                 °Nuclear Cardiology, General Practice, Eye Surgical and Ortho
                 *Transcription
                 *Consulting

05/06-06/07      Arkansas Cardiac Clinic
                 Little Rock, AR
                 Billing Coordinator

                 *Medical billing, AHIN, UHC, BCBS, Aetna and other 3rd party insurances.
                 °Collections, appeals, small claims court filings
                 °EOB and second claims
                 °Back up on front desk
                 *A/R posting

EXHIBIT 2

# ALLEN & WITHROW
### Attorneys at Law
### 12410 Cantrell, Suite 100
### Little Rock, Arkansas 72223

Henry A. "Gus" Allen
Lori E. Withrow
Teaven J. Stamatis

Byron S. Southern, of counsel

www.southernallen.com

(501) 227-2000
Fax (501) 707-1214
Toll Free 800-796-7940

Mailing Address
Post Office Box 17248
Little Rock, AR 72222

February 10, 2012

### Authorization for Background Check

I hereby authorize the law firm of Allen & Withrow to run a background check on me, including, but limited to criminal background check and credit bureau report, for the sole purpose of pre-employment screening.

DEREK LIND

SSN: [Redacted]

EXHIBIT 3