IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEREK LIND**                                                                                            **PLAINTIFF**

v.                                        **Case No. 4:12-cv-588 KGB**

**ALLEN & WITHROW, Attorneys
At Law; TLO, LLC**                                                                        **DEFENDANTS**

### ORDER

Before the Court is defendant Allen & Withrow's ("A&W") motion to allow deposit into court (Dkt. No. 36). On June 26, 2013, *pro se* plaintiff Derek Lind appeared in Court with A&W's counsel to announce under seal the confidential settlement for the record. Pursuant to Recital 4 (Payments and Other Consideration) of that signed agreement, "Lind assumes full responsibility for any attorneys' fees owed to his prior attorneys in this case, Lorraine Hatcher and Morris W. Thompson, and releases any claim for attorneys' fees against A&W." On June 27, 2013, Ms. Hatcher filed a motion for attorney's fees (Dkt. No. 35). On June 27, 2013, Mr. Thompson asserted a lien for attorney's fees and, on July 18, 2013, filed a motion for attorney's fees (Dkt. No. 40). Under Federal Rule of Civil Procedure 67, A&W moves to deposit all of the settlement proceeds in this case into the registry of the Court pending resolution of Ms. Hatcher and Mr. Thompson's motions.

Mr. Lind objects to the entire settlement amount being deposited into the registry of the Court as "unneeded delay." Instead, he argues that only the amount subject to a fee dispute should be deposited and the remainder of the settlement proceeds should be dispersed. The Court agrees.

Ms. Hatcher asserts an attorney's lien in the amount of $5,200. Mr. Thompson asserts an attorney's lien of $2,800. Mr. Lind argues that Mr. Thompson's motion should be dismissed as

untimely under Local Rule 54.1.  However, the Court reserves judgment on this to a later date. Thus, the amount related to claimed attorney's fees that is in dispute is $8,000.

IT IS THEREFORE ORDERED THAT A&W's motion to deposit funds into the registry of the Court is hereby granted in part.  A&W is directed to deposit into the registry of the Court the amount of $8,000, to be deducted from the total settlement proceeds, by Monday, November 4, 2013.  A&W shall pay by Monday, November 4, 2013, the remainder of the settlement proceeds that is undisputed to Mr. Lind in accord with the confidential settlement reached among the parties.  The Clerk is directed to send a copy of this Order *via certified mail* to Mr. Lind at his address of record.

IT IS SO ORDERED this 25th day of October, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE