**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DEREK LIND**                                                                                                   **PLAINTIFF**

v.                                    **Case No. 4:12-cv-588 KGB**

**ALLEN & WITHROW, Attorneys**
**At Law; TLO, LLC**                                                                                            **DEFENDANTS**

## ORDER

On November 22, 2013, the Court granted in part and denied in part Lorraine Hatcher's motion for attorney's fees and Morris Thompson's motion for attorney's fees (Dkt. No. 55). Ms. Hatcher and Mr. Thompson were advised to inform the Court of how to make checks payable to them for the attorney's fees granted, and they have done so. The Clerk of Court is directed to distribute $4,521.64 to Ms. Hatcher, made payable to "Lorraine Hatcher," and $1,000.00 to Mr. Thompson, made payable to "Morris Thompson Law Firm," from the funds deposited in this matter by defendant Allen & Withrow. Ms. Hatcher and Mr. Thompson may pick up payment at the Clerk's Office once the Clerk has readied it. The Clerk is directed to remit the remainder of the deposited funds to plaintiff Derek Lind as a portion of his settlement in this matter.

IT IS SO ORDERED this 27th day of November, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE