**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DEREK LIND**                                                                                    **PLAINTIFF**

**v.**                                    **Case No. 4:12-cv-00588 KGB**

**ALLEN & WITHROW, Attorneys
At Law; TLO, LLC**                                                                   **DEFENDANTS**

<u>**ORDER**</u>

Based upon the Clerk's minute entry for proceedings held before Magistrate Judge Joe J.

Volpe (Dkt. No. 34), the parties have reached an agreement in this action and read the agreement

into the record under seal.  Accordingly, this action is hereby dismissed and removed from the

trial docket for the week of February 3, 2014.

IT IS SO ORDERED this 10th day of January, 2014.


_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE